FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-22-00244-CR

The **STATE** of Texas,
Appellant

v.

Ryan Scott **MERENDINO**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13256-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

The clerk's record and reporter's record were due by June 21, 2022 and have not been filed. On June 27, 2022, the State informed this court's office it would be filing a motion to dismiss the appeal; however, we have not yet received a motion to dismiss. Accordingly, unless we receive a motion from the State indicating its intent to voluntarily dismiss the appeal, the clerk's record and reporter's record are due **by August 3, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court